D. JAMES TREE  THE HONORABLE DAVID W. CHRISTEL
Attorney At Law
Tree Law Offices
3711 Englewood Avenue
Yakima, WA 98902
Telephone: (509) 452-1700
Fax: (509) 577-9109

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LIZETH AVILA, | ) |
|  | ) CIVIL NO: 2:20-00167-DWC |
| Plaintiff, | ) |
|  | ) |
| vs. | ) ORDER FOR ATTORNEY FEES |
|  | ) |
| COMMISSIONER OF SOCIAL SECURITY | ) |
|  | ) |
| Defendant | ) |

It is hereby ORDERED that Plaintiff is awarded attorney fees in the amount $ 4,218.11 pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412.  However, Plaintiff's EAJA fees are subject to a United States Department of Treasury offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). The Commissioner is directed to contact the U.S. Department of Treasury after this Order is entered to determine if the EAJA Award is subject to any offset. If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a

ORDER FOR ATTORNEY FEES [2:20-00167-DWC] - 1         Tree Law Office
                                                    3711 Englewood Ave.
                                                       Yakima, WA 98902
                                                    Phone: 509-452-1700

debt and is not subject to any offset, the government shall pay the EAJA Award directly to D. James Tree, Plaintiff's counsel. If there is an offset, any remainder shall be made payable to Plaintiff, based on the Department of the Treasury's Offset Program and standard practices, and the check shall be mailed to Plaintiff's counsel at 3711 Englewood Avenue, Yakima, Washington 98902.

DATED this 9th day of September, 2020.

David W. Christel
United States Magistrate Judge

Presented by:

S/ D. JAMES TREE, WSBA#1697
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Proposed Order for Attorney Fees was filed with the Clerk of the Court on August 25, 2020, using the CM/ECF system which will send notification of such filing to the following: Kerry Jane Keefe, Assistant U.S. Attorney and Shata Stucky, Office of the General Counsel.

s/ D. JAMES TREE

Attorney for Plaintiff
Yakima, Washington 98902
3711 Englewood Ave.
Telephone: (509) 452-1700
Fax: (509) 577-9109